## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CLARUS THERAPEUTICS HOLDINGS, INC., et al., | Case No.  22-10845 (MFW) |
| Debtors.[1] | (Joint Administration Requested) |

### AFFIDAVIT OF SERVICE

I, Angie Birdsell, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtor in the above-captioned case.

On September 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, via facsimile on the service list attached hereto as **Exhibit B**, and via electronic mail on the service lists attached hereto as **Exhibits C, D, E, F, G, H and I**:

- **Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Video Hearing on First Day Motions Scheduled for September 7, 2022 at 11:30 A.M. (ET)** (Docket No. 29)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Motion for Order Directing Joint Administration of the Debtors' Chapter 11 Cases Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure** (Docket No. 2)

- **Declaration of Lawrence R. Perkins in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings** (Docket No. 3)

- **Debtors' Motion for Entry of an Order (I) Waiving the Requirement to File a List of Equity Security Holders and Modifying Notice Requirements to Equity Security Holders, (II) Authorizing the Debtors to Redact Certain Personally Identifiable Information for Individual Creditors and Parties-In-Interest, and (III) Authorizing the Debtors to (A) Maintain and File a Consolidated List of Creditors and (B) File a Consolidated List of the Debtors' Twenty Largest Unsecured Creditors** (Docket No. 5)

- **Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number are Clarus Therapeutics Holdings, Inc. (1852) and Clarus Therapeutics, Inc. (7717).  The Debtors' corporate headquarters is located at 555 Skokie Boulevard, Suite 340, Northbrook, Illinois.

366 **(I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services** (Docket No. 6)

- **Debtors' Motion for Interim and Final Orders Authorizing (I) the Debtors to (A) Maintain Existing Insurance Policies and Pay All Obligations Arising Thereunder; and (B) Renew, Revise, Extend, Supplement or Enter into New Insurance Policies; and (II) the Debtors' Banks to Honor Related Checks and Transfers** (Docket No. 7)

- **Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004, to Inter Alia, (I) Authorize, but not Direct, the Debtors to Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations; (II) Authorize, but not Direct, the Debtors to Continue Certain Employee Benefit Programs in the Ordinary Course; (III) Authorize All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations, and (IV) Grant Other Related Relief** (Docket No. 8)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notice and Hearing Procedures for Trading of Clarus Therapeutics Holdings, Incorporated Equity Securities and (II) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate Its Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Perform Intercompany Transactions, and (IV) Maintain Existing Business Forms; (B) Authorizing the Debtors' Bank to Honor All Related Payment Requests; and (C) Granting Related Relief** (Docket No. 10)

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtor Clarus Therapeutics, Inc. to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief** (Docket No. 11)

- **Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free And Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief** (Docket No. 12)

- **Debtors' Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Debtors' Bidding Procedures Motion** (Docket No. 13)

Furthermore, on September 6, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Stretto as Claims and Noticing Agent, Effective as of the Petition Date, and (II) Granting Related Relief** (Docket No. 4)

- **Declaration of Simon Wein in Support of Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free And Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief** (Docket No. 14)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit D**:

- **Debtors' Motion for Interim and Final Orders Authorizing (I) the Debtors to (A) Maintain Existing Insurance Policies and Pay All Obligations Arising Thereunder; and (B) Renew, Revise, Extend, Supplement or Enter into New Insurance Policies; and (II) the Debtors' Banks to Honor Related Checks and Transfers** (Docket No. 7)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit E**:

- **Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services** (Docket No. 6)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit F**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtor Clarus Therapeutics, Inc. to Use Cash Collateral, (II) Granting Adequate Protection to the Secured Parties, (III) Scheduling Final Hearing, and (IV) Granting Related Relief**

(Docket No. 11)

- **Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate a Stalking Horse Bidder and to Provide Bidding Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free And Clear of Liens, Claims, Interests and Encumbrances, (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases and (C) Granting Related Relief** (Docket No. 12)

- **Debtors' Motion for Entry of an Order Shortening and Limiting the Notice with Respect to the Debtors' Bidding Procedures Motion** (Docket No. 13)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit G**:

- **Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate Its Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Perform Intercompany Transactions, and (IV) Maintain Existing Business Forms; (B) Authorizing the Debtors' Bank to Honor All Related Payment Requests; and (C) Granting Related Relief** (Docket No. 10)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit H**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notice and Hearing Procedures for Trading of Clarus Therapeutics Holdings, Incorporated Equity Securities and (II) Granting Related Relief** (Docket No. 9)

- **Debtors' Motion for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate Its Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Perform Intercompany Transactions, and (IV) Maintain Existing Business Forms; (B) Authorizing the Debtors' Bank to Honor All Related Payment Requests; and (C) Granting Related Relief** (Docket No. 10)

Furthermore, on September 5, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit I**:

- **Debtors' Motion for Entry of Interim and Final Orders (I) Establishing Notice and Hearing Procedures for Trading of Clarus Therapeutics Holdings, Incorporated**

**Equity Securities and (II) Granting Related Relief** (Docket No. 9)

   In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 6, 2022         _____

                         Angie Birdsell

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 6th day of September, 2022, by Angie Birdsell, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JORGE JAVIER TERAN
Notary Public - California
San Diego County
Commission # 2283654
My Comm. Expires Mar 30, 2023

# <u>Exhibit A</u>



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aig Inc | Attn: Eric Manne Deputy Gen Counsel | 1271 Ave Of The Americas Fl 37 | | New York | NY | 10020 | |
| Andersonbrecon Inc. | Attn: Katie Reiley Account Executi | Pci Pharma Services | 1635 New Milford School Road | Rockford | IL | 61109 | |
| Ascent Health Services LLC | Attn: Julia Smith Wadsack Schaffhau | Wadsack Schaffhausen Ag | Oberstadt 3 | Schaffhausen | | 8200 | Switzerland |
| Ascot Insurance Company | Attn: Claims Department | 55 West 46st Street, 26 Floor | | New York | NY | 10036 | |
| Assist Rx Inc. | Attn: Michael Carr | 501 W. Church Street | Suite 450 | Orlando | FL | 32805 | |
| Atmos Energy | Attn: Jeff Martinez President | P.o. Box 650205 | | Dallas | TX | 75265-0205 | |
| Axtria Inc. | Attn: Vaneet Sandill | 300 Connell Dr | 5th Floor | Berkely Heights | NJ | 7922 | |
| Beazley USA Inc | Attn: Claims Department | 30 Batterson Park Road | | Farmington | CT | 6032 | |
| Bermudez Mutuari LTD | Attn: Hollenbeck Burke Richmond | Ubs Twr One N Wacker Dr  Fl 32 | | Chicago | IL | 60606 | |
| Betty Rose | | Address Redacted | | | | | |
| Cardinal Health 105 Inc. | Attn: Kacy Suits Client Relationsh | 501 Mason Road | Cardinal Health 3pl | Lavergne | TN | 37086 | |
| Caremark Pcs | Attn: Norm Rivera | 2211 Sanders Road | Nbt8 | Northbrook | IL | 60062 | |
| Catalent Pharma Solutions | Attn: Steve Youngberg Regional Dir | 14 Schoolhouse Road | | Somerset | NJ | 8873 | |
| Cbc Spvi LTD | Attn  Jiang Mengjiao | Unit 4508  45f  Tower 2  Plaza 66 | 1266 Nanjing Xi Lu | Shanghai | | | China |
| Cede & Co | Attn: Legal Department | 570 Washington Blvd | | Jersey City | NJ | 07310-1617 | |
| Chicago Business Voip | Attn: Kami Ryder | 515 W. Deerpath | | Lake Forest | IL | 60045 | |
| Chubb Group Of Insurance Companies | Attn: Joseph Waylan Executive Vp | 202b Hall's Mill Road | | Whitehouse Station | NJ | 8889 | |
| Cobbs Allen Capital LLC | Attn: Josh Kirklan Senior Vp | 2121 Sage Road | Suite 145 | Houston | TX | 77056 | |
| Comcast Business | Attn: Phillip Mcrae Vice President | Po Box 4928 | | Oak Brook | IL | 60522-4928 | |
| Comcast Business | Attn: Phillip Mcrae Vp | Po Box 2127 | | Norcross | GA | 30091-2127 | |
| Continental Stock Transfer & Trust | Attn Margaret Lloyd | 1 State Street 30th Floor | | New York | NY | 10004-1561 | |
| Counsel To The Indenture Trustee | C/o Mayer Brown Llp | Attn: Douglas Spelfogel | 1221 Avenue Of The Americas | New York | NY | 10020 | |
| Counsel To Us Bank As Agent | C/o Young Conaway Stargatt & Taylor | Attn:  M. Blake Cleary | Rodney Sq 1000 N King St | Wilmington | DE | 19801 | |
| Covermymeds LLC | Attn: Jamie Kraig | 910 John Street | | Columbus | OH | 43222-1105 | |
| De Office Of The Secretary Of State | Jeffrey Bullock Secretary Of State | 401 Federal Street | | Dover | DE | 19901 | |
| Delaware State Treasury | Colleen Davis State Treasurer | 820 Silver Lake Blvd.  Suite 100 | | Dover | DE | 19904 | |
| Derse Inc. | Attn: Lawrence Behrell | 422 Keystone Drive | | Warrendale | PA | 15086 | |
| District Of Columbia | Office Of The Attorney General | 441 4th St Nw Ste 1100s | | Washington | DC | 20001 | |
| Donnelley Financial Solutions | Attn: Mark Stanner Account Manager | 35 W. Wacker Drive | 37th Floor | Chicago | IL | 60601 | |
| Ffi Fund LTD | C/o Bracebridge Capital | 888 Boylston St Ste 1500 | | Boston | MA | 02199-8192 | |
| Fyi LTD. | C/o Bracebridge Capital | 888 Boylston St Ste 1500 | | Boston | MA | 02199-8192 | |
| Global Patent Group LLC | Attn: Dennis Bennett Partner | Carretera#3 Km 19.9 | Ea Prof & Med Ctr Bldg 2nd Fl | Canovanas | PR | 729 | |
| H.I.G. Bio - Clarus II  L.P. | Attn Bruce Robertson  Ph.d. | 1450 Brickell Bay Dr Fl 31 | | Miami | FL | 33131-3617 | |
| H.I.G. Bio - Clarus I  L.P. | Attn Bruce Robertson  Ph.d. | 1450 Brickell Bay Dr Fl 31 | | Miami | FL | 33131-3617 | |
| H.I.G. Ventures - Clarus  LLC | Attn Bruce Robertson  Ph.d. | 1450 Brickell Bay Dr Fl 31 | | Miami | FL | 33131-3617 | |
| Internal Revenue Service | Internal Revenue Service | Po Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Intouch Group LLC | Attn: Tony Malik | C/o Eversana Intouch | 7045 College Blvd Suite 300 | Overland Park | KS | 66211-1523 | |
| Inventiv Commercial Services LLC | Attn: Phil Moussally Cfo Deploymen | C/o Syneos Health | 500 Atrium Drive | Somerst | NJ | 8873 | |
| Jon Garfield | | Address Redacted | | | | | |
| Joseph Hernandez | | Address Redacted | | | | | |
| L&m Healthcare Communications LLC | Attn: Joe Bankovich | 1450 Route 22 West | 2nd Floor | Mountainside | NJ | 7092 | |
| Marsh & Mclennan Agency LLC | Attn: Bill Jeatran President | 6160 Golden Hills Drive | | Minneapolis | MN | 55416 | |
| Mckesson Corporation | C/o Buchalter A Professional Corp | Attn: Jeffrey K. Garfinkle | 18400 Von Karman Ave Ste 800 | Irvine | CA | 92612 | |
| Middle Tennessee Electric | Attn: Chris Jones President | 205 N. Walnut St. | | Murfreesboro | TN | 37130 | |
| Nineteen77 Capital Solutions A LP | Attn Hollenbeck Burke Richmond | Ubs Tower One N Wacker Drive Fl 32 | | Chicago | IL | 60606 | |
| Olifant Fund  LTD. | C/o Bracebrifage Capital  Llc | 888 Boylston St Ste 1500 | | Boston | MA | 02199-8192 | |
| Pskw LLC | Attn: William Previdi | The Crossings At Jefferson Park | 5th Floor | Whippany | NJ | 7981 | |
| Relay Health | Attn: Suzanne Green Sr. Account Mg | 450 Lindbergh Drive | | Moon Township | PA | 15108 | |
| Robert E. Dudley  Ph.d. | | Address Redacted | | | | | |
| Securities & Exchange Commission | Secretary Of The Treasury | 100 F Street, Ne | | Washington | DC | 20549 | |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 | |
| Silicon Valley Bank | Attn Legal | 3003 Tasman Drive | | Santa Clara | CA | 95954 | |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 1 of 3



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Sompo International | Attn: Commercial Mgmt Liability | 1221 Avenue Of The Americas | | New York | NY | 10020 | |
| Source Healthcare Analytics LLC | Attn: Kevin Lyon | 4130 Parklake Avenue | Suite 400 | Raleigh | NC | 27612 | |
| State Of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State Of Alaska | Office Of The Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State Of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State Of Arkansas | Office Of The Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| State Of California | Office Of The Attorney General | Po Box 944255 | | Sacramento | CA | 94244-2550 | |
| State Of Colorado | Office Of The Attorney General | 1300 Broadway 10th Fl | Ralph L Carr Judicial Building | Denver | CO | 80203 | |
| State Of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 6106 | |
| State Of Delaware | Department Of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| State Of Florida | Office Of The Attorney General | 400 S Monroe St | The Capitol Pl 01 | Tallahassee | FL | 32399 | |
| State Of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State Of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State Of Idaho | Office Of The Attorney General | 700 W Jefferson St Suite 210 | | Boise | ID | 83720 | |
| State Of Illinois | Office Of The Attorney General | 100 W Randolph St | James R Thompson Center | Chicago | IL | 62706 | |
| State Of Indiana | Office Of The Attorney General | 302 W Washington St 5th Fl | Indiana Government Center S | Indianapolis | IN | 46204 | |
| State Of Iowa | Office Of The Attorney General | 1305 E Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| State Of Kansas | Office Of The Attorney General | 120 Sw 10th Ave 2nd Fl | | Topeka | KS | 66612 | |
| State Of Kentucky | Office Of The Attorney General | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| State Of Louisiana | Office Of The Attorney General | 1885 N Third St | | Baton Rouge | LA | 70802 | |
| State Of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 4333 | |
| State Of Maryland | Office Of The Attorney General | 200 St Paul Pl | | Baltimore | MD | 21202 | |
| State Of Massachusetts | Office Of The Attorney General | 1 Ashburton Place 20th Floor | | Boston | MS | 2108 | |
| State Of Michigan | Office Of The Attorney General | 525 W Ottawa St | G Mennen Williams Bldg 7th Fl | Lansing | MI | 48909 | |
| State Of Minnesota | Office Of The Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 | |
| State Of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State Of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State Of Montana | Office Of The Attorney General | 215 N Sanders | Justice Building, Third Fl | Helena | MT | 59601 | |
| State Of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State Of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State Of New Hampshire | Office Of The Attorney General | 33 Capitol St | Nh Department Of Justice | Concord | NH | 3301 | |
| State Of New Jersey | Office Of The Attorney General | 25 Market St 8th Fl West Wing | Richard J Hughes Justice Cmpx | Trenton | NJ | 8611 | |
| State Of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State Of New York | Office Of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 | |
| State Of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State Of North Dakota | Office Of The Attorney General | 600 E Boulevard Ave | State Capitol Dept 125 | Bismarck | ND | 58505 | |
| State Of Ohio | Office Of The Attorney General | 30 E Broad St 14th Fl | State Office Tower | Columbus | OH | 43215 | |
| State Of Oklahoma | Office Of The Attorney General | 313 Ne 21st St | | Oklahoma City | OK | 73105 | |
| State Of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State Of Pennsylvania | Office Of The Attorney General | Strawberry Square 16th Fl | | Harrisburg | PA | 17120 | |
| State Of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 2903 | |
| State Of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C Dennis Bldg | Columbia | SC | 29201 | |
| State Of South Dakota | Office Of The Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| State Of Tennessee | Office Of The Attorney General | 301 6th Ave N | | Nashville | TN | 37243 | |
| State Of Texas | Office Of The Attorney General | 300 W 15th St | | Austin | TX | 78701 | |
| State Of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State Of Utah | Office Of The Attorney General | State Capitol Room 236 | | Salt Lake City | UT | 84114 | |
| State Of Vermont | Office Of The Attorney General | 109 State St | | Montpelier | VT | 5609 | |
| State Of Virginia | Office Of The Attorney General | 202 N Ninth St | | Richmond | VA | 23219 | |
| State Of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State Of Washington | Office Of The Attorney General | Po Box 40100 | | Olympia | WA | 98504 | |
| State Of West Virginia | Office Of The Attorney General | 1900 Kanawha Blvd E | State Capitol Building 1 Rm E-26 | Charleston | WV | 25305 | |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 2 of 3

-1000



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State Of Wisconsin | Office Of The Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| State Of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Steven A. Bourne | | Address Redacted | | | | | |
| The Noteholders & Indenture Trustee | C/o Pillsbury Winthrop Shaw Pittman | Attn: Joshua D. Morse | Four Embarcadero Ctr 22nd Fl | San Francisco | CA | 94111 | |
| Theodore Danoff | | Address Redacted | | | | | |
| Two Labs Holdings LLC | Attn: Heather Goodman General Coun | 110 Riverbend Avenue | | Powell | OH | 43065 | |
| U.s. Trustee District Of Delaware | U.s. Trustee District Of Delaware | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| United States Attorney's Office | For The District Of Delaware | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Us Bank Na  As Collateral Agent | Attn P Oswald (Clarus Therapeutics) | 633 West Fifth St, 24th Floor, 107 | Corporate Trust Services | Los Angeles | CA | 90071 | |
| Veeva Systems Inc. | Attn: Danielle Henderson | 4280 Hacienda Drive | | Pleasanton | CA | 94588 | |
| Xl Insurance America  Inc. | Attn: Stuart Perry  Axa Xl | 100 Constitution Plaza | 17th Floor | Hartford | CT | 6103 | |
| Yvonne Mcburney | | Address Redacted | | | | | |
| Zinc Health Services LLC | Attn: Katie Mcbride Director Trade | 2211 Sanders Road | Nbt 10 | Northbrook | IL | 60062 | |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 3 of 3

# **<u>Exhibit B</u>**



**Exhibit B**

Served via Facsimile Mail

| Name | Attention | Fax |
|---|---|---|
| Chubb Group of Insurance Companies | Attn: Joseph Wayland, EVP, GC | 908-903-2027 |
| District Of Columbia | Office Of The Attorney General | 202-347-8922 |
| Internal Revenue Service | | 267-941-1015 |
| Office of The U.S. Trustee | For The District of Delaware | 302-573-6497 |
| Securities & Exchange Commission | Secretary of The Treasury | 202-772-9295 |
| State Of Alabama | Office Of The Attorney General | 334-242-2433 |
| State Of Alaska | Office Of The Attorney General | 907-269-5110 |
| State Of Arizona | Office Of The Attorney General | 602-542-4085 |
| State Of Arkansas | Office Of The Attorney General | 501-682-8084 |
| State Of California | Office Of The Attorney General | 916-323-5341 |
| State Of Colorado | Office Of The Attorney General | 720-508-6030 |
| State Of Connecticut | Office Of The Attorney General | 860-808-5387 |
| State Of Delaware | Department Of Justice | 302-577-6630 |
| State Of Georgia | Office Of The Attorney General | 404-657-8733 |
| State Of Hawaii | Office Of The Attorney General | 808-586-1239 |
| State Of Idaho | Office Of The Attorney General | 208-854-8071 |
| State Of Indiana | Office Of The Attorney General | 317-232-7979 |
| State Of Iowa | Office Of The Attorney General | 515-281-4209 |
| State Of Kansas | Office Of The Attorney General | 785-296-6296 |
| State Of Kentucky | Office Of The Attorney General | 502-564-2894 |
| State Of Louisiana | Office Of The Attorney General | 225-326-6797 |
| State Of Michigan | Office Of The Attorney General | 517-335-7644 |
| State Of Minnesota | Office Of The Attorney General | 651-282-2155 |
| State Of Mississippi | Office Of The Attorney General | 601-359-4231 |
| State Of Missouri | Office Of The Attorney General | 573-751-5818 |
| State Of Montana | Office Of The Attorney General | 406-444-3549 |
| State Of Nebraska | Office Of The Attorney General | 402-471-3297 |
| State Of Nevada | Office Of The Attorney General | 775-684-1108 |
| State Of New Hampshire | Office Of The Attorney General | 603-271-2110 |
| State Of New Jersey | Office Of The Attorney General | 609-292-3508 |
| State Of New Mexico | Office Of The Attorney General | 505-490-4883 |
| State Of New York | Office Of The Attorney General | 866-413-1069 |
| State Of North Carolina | Office Of The Attorney General | 919-716-6050 |
| State Of North Dakota | Office Of The Attorney General | 701-328-2226 |
| State Of Oklahoma | Office Of The Attorney General | 405-521-6246 |
| State Of Oregon | Office Of The Attorney General | 503-378-4017 |
| State Of Pennsylvania | Office Of The Attorney General | 717-787-8242 |
| State Of Rhode Island | Office Of The Attorney General | 401-274-3050 |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)



**Exhibit B**
Served via Facsimile Mail

| Name | Attention | Fax |
|---|---|---|
| State Of South Carolina | Office Of The Attorney General | 803-253-6283 |
| State Of South Dakota | Office Of The Attorney General | 605-773-4106 |
| State Of Tennessee | Office Of The Attorney General | 615-741-2009 |
| State Of Texas | Office Of The Attorney General | 512-475-2994 |
| State Of Utah | Office Of The Attorney General | 801-538-1121 |
| State Of Utah | Office Of The Attorney General | 801-538-1121 |
| State Of Vermont | Office Of The Attorney General | 802-828-3187 |
| State Of Virginia | Office Of The Attorney General | 804-225-4378 |
| State Of West Virginia | Office Of The Attorney General | 304-558-0140 |
| State Of Wisconsin | Office Of The Attorney General | 608-267-2779 |
| State Of Wyoming | Office Of The Attorney General | 307-777-6869 |
| United States Attorney's Office | For The District of Delaware | 302-573-6220 |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 2 of 2

# **Exhibit C**



## Exhibit C
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| AndersonBrecon Inc. | Attn: Katie Reiley,  Acct Exec Comm Packaging | PCI Pharma Services | Katie.Reiley@pciservices.com |
| Assist Rx, Inc. | Attn: Michael Carr | | michael.carr@assistrx.com |
| Axtria Inc. | Attn: Vaneet Sandill | | vineet.sandill@axtria.com |
| Cardinal Health 105, Inc. | Attn: Kacy Suits,  Client Relationship Manager | | kacy.suits@cordlogistics.com |
| Catalent Pharma Solutions | Attn: Steve Youngberg,  Regional Dir Bus Dev | | Steven.Youngberg@catalent.com |
| Counsel to the Indenture Trustee | c/o Mayer Brown LLP | Attn: Douglas Spelfogel | dspelfogel@mayerbrown.com |
| Counsel to the Noteholders & the Indenture Trustee | c/o Pillsbury Winthrop Shaw Pittman LLP | Attn: Joshua D. Morse | joshua.morse@pillsburylaw.com |
| Counsel to US Bank NA, as Collateral Agent | c/o Young, Conaway, Stargatt & Taylor, LLP | Attn:  M. Blake Cleary | mbcleary@ycst.com |
| Derse Inc. | Attn: Lawrence Behrell | | lbehrell@derse.com |
| District of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Donnelley Financial Solutions | Attn: Mark Stanner, Account Manager | | Mark.Stanner@dfinsolutions.com |
| Global Patent Group, LLC | Attn: Dennis Bennett,  Partner | | DennisBennett@globalpatentgroup.com |
| inVentiv Commercial Services, LLC | Attn: Phil Moussally,  CFO Deployment Solutions | c/o Syneos Health | Philip.Moussally@syneoshealth.com |
| L&M Healthcare Communications LLC | Attn: Joe Bankovich | | Joe.Bankovich@LMHCare.com |
| PSKW, LLC | Attn: William Previdi | | wprevidi@connectiverx.com |
| Relay Health | Attn: Suzanne Green,  Sr. Account Mgr. | | Suzanne.green@mckesson.com |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | NYROBankruptcy@SEC.GOV |
| Source Healthcare Analytics LLC | Attn: Kevin Lyon | | lyonkevin@symphonyhealth.com |
| State of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office Of The Attorney General | | aginfo@azag.gov |
| State of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office Of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department Of Justice | | attorney.general@state.de.us |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State of Illinois | Office Of The Attorney General | | info@lisamadigan.org |
| State of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State of New Hampshire | Office Of The Attorney General | Nh Department Of Justice | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 1 of 2



**Exhibit C**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email Address |
|---|---|---|---|
| State of Oregon | Office Of The Attorney General | | ellen.rosenblum@dog.state.or.us |
| State of Utah | Office Of The Attorney General | | uag@utah.gov |
| State of Utah | Office Of The Attorney General | | uag@utah.gov |
| State of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| Two Labs Holdings, LLC | Attn: Heather Goodman,  General Counsel | | Heather.Goodman@twolabs.com |
| United States Attorney's Office | For The District of Delaware | | usade.press@usdoj.gov |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| American International Group Inc. (AIG) | Attn: Eric Manne, Deputy General Counsel | eric.manne@aig.com |
| Ascot Insurance Company | Attn: Claims Department | usclaims@ascotgroup.com |
| Beazley USA Inc. | Attn: Claims Department | claims@beazley.com |
| Chubb Group of Insurance Companies | Attn: Joseph Wayland, EVP, GC | Regulatory_Affairs@chubb.com |
| Cobbs Allen Capital LLC | Attn: Josh Kirkland, Senior Vice President | jkirklin@cobbsallen.com |
| Marsh & McLennan Agency LLC | Attn: Bill Jeatran, President | mmaumwmplsgeneral@marshmma.com |
| Sompo International | Attn: Commercial Management Liability | Insuranceclaims@sompo-intl.com |
| XL Insurance America, Inc. | Attn: Stuart Perry, AXA XL | Stuart.Perry@axaxl.com |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 1 of 1

# **<u>Exhibit E</u>**



**Exhibit E**

Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Atmos Energy | Attn: Jeff Martinez, President | jeff.martinez@atmosenergy.com |
| Chicago Business VoIP | Attn: Kami Ryder | support@chicagobusinessvoip.com |
| Comcast Business | Attn: Phillip McRae, VP of Business Services Sales Operations | phillip_mcrae@comcast.com info@comcast.com |
| Comcast Business | Attn: Phillip McRae, VP of Business Services Sales Operations | phillip_mcrae@comcast.com info@comcast.com |
| Middle Tennessee Electric (MTEMC) | Attn: Chris Jones, President | info@mtemc.com |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 1 of 1

# **Exhibit F**

 STRETTO

**Exhibit F**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| US Bank NA, as Collateral Agent | Corporate Trust Services | Attn: P. Oswald (Clarus Therapeutics, Inc) | paula.oswald@usbank.com |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

# Exhibit G



**Exhibit G**
Served via Electronic Mail

| Name | Email |
|------|-------|
| Silicon Valley Bank | clientsupport@svb.com |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 1 of 1

# Exhibit H



## Exhibit H
Served via Electronic Mail

| Name | Attention | Email |
|------|-----------|-------|
| Delaware State Treasury | Attn: Colleen Davis, State Treasurer | jason.staib@delaware.gov<br>liza.davis@delaware.gov |

Clarus Therapeutics Holdings, Inc., et al.<br>Case No. 22-10845 (MFW)

Page 1 of 1

# **Exhibit I**



**Exhibit I**
Served via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Continental Stock Transfer & Trust Company, as Transfer Agent | Attn Margaret Lloyd | mlloyd@continentalstock.com |

Clarus Therapeutics Holdings, Inc., et al.
Case No. 22-10845 (MFW)

Page 1 of 1