# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CLARUS THERAPEUTICS HOLDINGS, INC., *et al.*, | : | Case No. 22-10845 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors.¹ | : | |
| | : | **Objection Deadline: November 4, 2022 at 4:00 p.m. (ET)** |
| | : | **Re: Docket Nos. 66 & 132** |

## NOTICE OF FILING OF MONTHLY STAFFING REPORT OF SIERRACONSTELLATION PARTNERS, LLC FOR THE PERIOD FROM SEPTEMBER 5, 2022 THROUGH SEPTEMBER 30, 2022

**PLEASE TAKE NOTICE** that, on September 13, 2022, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtors' Application Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to (I) Employ and Retain SierraConstellation Partners, LLC to Provide Debtors with a Chief Restructuring Officer and Additional Personnel and (II) Designate Lawrence R. Perkins as the Debtors' Chief Restructuring Officer, Effective as of the Petition Date* [Docket No. 66] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on September 30, 2022, the Court entered the *Order Authorizing the Employment and Retention of SierraConstellation Partners, LLC and Designation of Lawrence R. Perkins as Interim Chief Restructuring Officer of Debtors Effective as of the Petition Date* [Docket No. 132] (the "Sierra Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sierra Retention

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are Clarus Therapeutics Holdings, Inc. (1852) and Clarus Therapeutics, Inc. (7717). The Debtors' corporate headquarters is located at 555 Skokie Boulevard, Suite 340, Northbrook, Illinois.

Order, SierraConstellation Partners LLC ("Sierra") hereby files its monthly staffing report for the period September 5, 2022 through and including September 30, 2022 (the "Monthly Staffing Report") in the form attached hereto as Exhibit A.  A summary of actual and necessary expenses is attached hereto as Exhibit B.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Staffing Report must be filed with the Court and served so as to be received by the undersigned counsel to the Debtor no later than **November 4, 2022 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, if an objection is properly filed and served in accordance with the above procedures, all staffing and compensation listed in the Monthly Staffing Report shall be subject to review by the Court.

*(Remainder of page intentionally left blank)*

| | |
|---|---|
| Dated: October 21, 2022<br>Wilmington, Delaware | POTTER ANDERSON & CORROON LLP<br><br>*/s/ Sameen Rizvi*<br>L. Katherine Good (No. 5101)<br>Aaron H. Stulman (No. 5807)<br>Sameen Rizvi (No. 6902)<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Tel: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>       astulman@potteranderson.com<br>       srizvi@potteranderson.com<br><br>- and -<br><br>GOODWIN PROCTER LLP<br>Michael H. Goldstein (admitted *pro hac vice*)<br>Barry Z. Bazian (admitted *pro hac vice*)<br>Kizzy L. Jarashow (admitted *pro hac vice*)<br>Artem Skorostensky (admitted *pro hac vice*)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Tel: (212) 813-8800<br>Facsimile: (212) 355-3333<br>Email: mgoldstein@goodwinlaw.com<br>       bbazian@goodwinlaw.com<br>       kjarashow@goodwinlaw.com<br>       askorostensky@goodwinlaw.com<br><br>*Counsel for Debtors and Debtors in Possession* |