**EXHIBIT A**

**Summary of SierraConstellation Partners Professional Fees by Consultant**
For the Period September 5th through September 30th

*Regular service hours*

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Lawrence Perkins | CEO | $895.00 | 58.2 | $ 52,089.00 |
| Carl Moore | Managing Director | $720.00 | 24.5 | $ 17,640.00 |
| | | | **82.7** | **$ 69,729.00** |

**Summary of SierraConstellation Partners Professional Fees by Activity**
For the Period September 5th through September 30th

| Activity / Consultant | Title | Hours | Rate | Total |
|---|---|---|---|---|
| **Asset Sales/Financing Process Support** | | | | |
| Lawrence Perkins | CEO | 1.6 | $ 895.00 | $ 1,432.00 |
| Carl Moore | Managing Director | 1.9 | $ 720.00 | $ 1,368.00 |
| | *Activity Total* | **3.5** | | **$ 2,800.00** |
| | | | | |
| **Business Operations, Cash Management & CRO Support** | | | | |
| Lawrence Perkins | CEO | 50.4 | $ 895.00 | $ 45,108.00 |
| Carl Moore | Managing Director | 11.5 | $ 720.00 | $ 8,280.00 |
| | *Activity Total* | **61.9** | | **$ 53,388.00** |
| | | | | |
| **Court Filings/Pleadings, Plan and Disclosure Statement** | | | | |
| Carl Moore | Managing Director | 2.2 | $ 720.00 | $ 1,584.00 |
| | *Activity Total* | **2.2** | | **$ 1,584.00** |
| | | | | |
| **Court Hearing/341 Meetings/Preparation & Attendance at Hearings** | | | | |
| Lawrence Perkins | CEO | 4.7 | $ 895.00 | $ 4,206.50 |
| Carl Moore | Managing Director | 1.8 | $ 720.00 | $ 1,296.00 |
| | *Activity Total* | **6.5** | | **$ 5,502.50** |
| | | | | |
| **Creditor Communications** | | | | |
| Lawrence Perkins | CEO | 1.5 | $ 895.00 | $ 1,342.50 |
| Carl Moore | Managing Director | 3.8 | $ 720.00 | $ 2,736.00 |
| | *Activity Total* | **5.3** | | **$ 4,078.50** |
| | | | | |
| **Invoices, Fees and Retention Applications** | | | | |
| Carl Moore | Managing Director | 3.3 | $ 720.00 | $ 2,376.00 |
| | *Activity Total* | **3.3** | | **$ 2,376.00** |
| | | | | |
| | **Total Fees** | **82.7** | | **$ 69,729.00** |

**Summary of SierraConstellation Partners Professional Fees by Professional Service**
For the Period September 5th through September 30th

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| **Asset Sales/Financing Process Support** | | | | |
| *Lawrence Perkins* | | | | |
| 9/12/2022 | Call w/ bankers and correspondence w/ board re: status | 1.1 | $ 895.00 | $ 984.50 |
| 9/29/2022 | Call w/ professionals re: status of auction | 0.5 | $ 895.00 | $ 447.50 |
| | **Lawrence Perkins Total** | | | **$ 1,432.00** |
| *Carl Moore* | | | | |
| 9/15/2022 | Attend sale process update with Raymond James and lender group | 0.4 | $ 720.00 | $ 288.00 |
| 9/20/2022 | Calls with S. Bourne and S. Wein regarding supplier contracts | 0.4 | $ 720.00 | $ 288.00 |
| 9/27/2022 | Correspondence and call with Raymond James regarding sale process and related follow up | 0.4 | $ 720.00 | $ 288.00 |
| 9/29/2022 | Attend Raymond James sale process update and related follow up | 0.7 | $ 720.00 | $ 504.00 |
| | **Carl Moore Total** | | | **$ 1,368.00** |
| | | | | **2,800.00** |
| **Business Operations, Cash management & CRO support** | | | | |
| *Lawrence Perkins* | | | | |
| 9/6/2022 | CRO duties - correspondence and attention to operational items | 2.1 | $ 895.00 | $ 1,879.50 |
| 9/6/2022 | Correspondence and discussion related to customer programs | 1.4 | $ 895.00 | $ 1,253.00 |
| 9/7/2022 | CRO duties - correspondence and attention to operational items | 1.8 | $ 895.00 | $ 1,611.00 |
| 9/8/2022 | CRO duties - correspondence and attention to operational items | 2.5 | $ 895.00 | $ 2,237.50 |
| 9/9/2022 | Call w/ management re: court requirements | 0.8 | $ 895.00 | $ 716.00 |
| 9/9/2022 | CRO duties - correspondence and attention to operational items | 2.2 | $ 895.00 | $ 1,969.00 |
| 9/9/2022 | Call w/ management re: customer programs | 0.5 | $ 895.00 | $ 447.50 |
| 9/9/2022 | Call w/ counsel re: customer programs motion | 0.5 | $ 895.00 | $ 447.50 |
| 9/12/2022 | Review of various documents and pleadings for filing | 1.5 | $ 895.00 | $ 1,342.50 |
| 9/12/2022 | CRO duties - correspondence and attention to operational matters | 1.7 | $ 895.00 | $ 1,521.50 |
| 9/13/2022 | CRO duties - correspondence and attention to operational matters | 2.1 | $ 895.00 | $ 1,879.50 |
| 9/14/2022 | Call w/ counsel re: status and instruction re: trustee questionnaire | 0.4 | $ 895.00 | $ 358.00 |
| 9/14/2022 | CRO duties - correspondence and attention to operational matters | 1.3 | $ 895.00 | $ 1,163.50 |
| 9/14/2022 | Review of variance report and correspondence w/ counsel re: approach to presentation | 1.0 | $ 895.00 | $ 895.00 |
| 9/15/2022 | CRO duties - correspondence and attention to operational matters | 1.6 | $ 895.00 | $ 1,432.00 |
| 9/16/2022 | CRO duties - correspondence and attention to operational matters | 1.1 | $ 895.00 | $ 984.50 |
| 9/17/2022 | CRO duties - correspondence and attention to operational matters | 0.6 | $ 895.00 | $ 537.00 |
| 9/18/2022 | CRO duties - correspondence and attention to operational items | 1.0 | $ 895.00 | $ 895.00 |
| 9/19/2022 | CRO duties - correspondence and attention to operational items | 1.5 | $ 895.00 | $ 1,342.50 |
| 9/20/2022 | Call w/ bankers re: contracts in sale process | 0.5 | $ 895.00 | $ 447.50 |
| 9/20/2022 | CRO duties - correspondence and attention to operational items | 1.3 | $ 895.00 | $ 1,163.50 |
| 9/21/2022 | Review of variance report; questions to counsel and management re: same | 1.0 | $ 895.00 | $ 895.00 |
| 9/21/2022 | CRO duties - correspondence and attention to operational items | 1.5 | $ 895.00 | $ 1,342.50 |
| 9/21/2022 | Calls re: schedules; follow up with management re: same | 1.0 | $ 895.00 | $ 895.00 |
| 9/22/2022 | CRO duties - correspondence and attention to operational items | 1.8 | $ 895.00 | $ 1,611.00 |
| 9/22/2022 | Updates to cash flow budget | 1.5 | $ 895.00 | $ 1,342.50 |
| 9/23/2022 | CRO duties - correspondence and attention to operational items | 1.5 | $ 895.00 | $ 1,342.50 |
| 9/25/2022 | CRO duties - correspondence and attention to operational items | 0.8 | $ 895.00 | $ 716.00 |
| 9/25/2022 | Update to cash flow model and wind down budget | 1.0 | $ 895.00 | $ 895.00 |
| 9/26/2022 | CRO duties - correspondence and attention to operational items | 2.2 | $ 895.00 | $ 1,969.00 |
| 9/27/2022 | CRO duties - correspondence and attention to operational items | 2.2 | $ 895.00 | $ 1,969.00 |
| 9/28/2022 | Call w/ management re: operational update | 0.5 | $ 895.00 | $ 447.50 |
| 9/28/2022 | Call w/ counsel re: cash budget | 1.0 | $ 895.00 | $ 895.00 |
| 9/28/2022 | CRO duties - correspondence and attention to operational items | 2.2 | $ 895.00 | $ 1,969.00 |
| 9/29/2022 | Updates to cash flow budget from various negotiations with stakeholders | 1.5 | $ 895.00 | $ 1,342.50 |
| 9/29/2022 | CRO duties - correspondence and attention to operational items | 1.8 | $ 895.00 | $ 1,611.00 |
| 9/30/2022 | CRO duties - correspondence and attention to operational items | 1.5 | $ 895.00 | $ 1,342.50 |
| | **Lawrence Perkins Total** | | | **$ 45,108.00** |
| *Carl Moore* | | | | |
| 9/6/2022 | CRO support including conversations with company management and SCP team members to address open issues and coordinate workstreams | 0.3 | $ 720.00 | $ 216.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/6/2022 | Correspondence with management regarding post-petition vendor communications and related issues; develop related FAQ | 0.9 | $ 720.00 | $ 648.00 |
| 9/8/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.4 | $ 720.00 | $ 288.00 |
| 9/9/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.5 | $ 720.00 | $ 360.00 |
| 9/9/2022 | Correspondence with S. Bourne regarding treatment of certain vendors | 0.2 | $ 720.00 | $ 144.00 |
| 9/9/2022 | Call with CRO and counsel to discuss reporting and open issues; related follow up | 0.4 | $ 720.00 | $ 288.00 |
| 9/9/2022 | Call with Greenberg and S. Bourne regarding customer rebates and related follow up | 0.3 | $ 720.00 | $ 216.00 |
| 9/12/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/13/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/14/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.3 | $ 720.00 | $ 216.00 |
| 9/14/2022 | Review correspondence with pre-petition vendors | 0.2 | $ 720.00 | $ 144.00 |
| 9/15/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/15/2022 | Review correspondence regarding McKesson business relationship | 0.2 | $ 720.00 | $ 144.00 |
| 9/16/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.3 | $ 720.00 | $ 216.00 |
| 9/16/2022 | Review correspondence with and filings by McKesson | 0.3 | $ 720.00 | $ 216.00 |
| 9/19/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.3 | $ 720.00 | $ 216.00 |
| 9/19/2022 | Review correspondence regarding Connective Rx | 0.2 | $ 720.00 | $ 144.00 |
| 9/20/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.4 | $ 720.00 | $ 288.00 |
| 9/20/2022 | Call with A. Storostensky (Goodwin) regarding material for initial debtor interview | 0.3 | $ 720.00 | $ 216.00 |
| 9/21/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/21/2022 | Call with Stretto regarding schedules and statements | 0.4 | $ 720.00 | $ 288.00 |
| 9/22/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.3 | $ 720.00 | $ 216.00 |
| 9/22/2022 | Research key supplier relationships and contract terms; coordinate calls with Catalent and Pfizer | 0.6 | $ 720.00 | $ 432.00 |
| 9/22/2022 | Review initial debtor interview response; related correspondence | 0.6 | $ 720.00 | $ 432.00 |
| 9/23/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.3 | $ 720.00 | $ 216.00 |
| 9/25/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/26/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/27/2022 | Correspondence regarding contracts and cures | 0.3 | $ 720.00 | $ 216.00 |
| 9/27/2022 | Prepare for discussion regarding DIP variance testing | 0.2 | $ 720.00 | $ 144.00 |
| 9/28/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.2 | $ 720.00 | $ 144.00 |
| 9/28/2022 | Review cash collateral variance and related correspondence | 0.2 | $ 720.00 | $ 144.00 |
| 9/28/2022 | Call with S. Bourne and counsel regarding various open items | 0.6 | $ 720.00 | $ 432.00 |
| 9/29/2022 | CRO support including conversations with company management and CRO to address open issues and coordinate workstreams | 0.4 | $ 720.00 | $ 288.00 |
| 9/29/2022 | Correspondence regarding schedules and statements | 0.3 | $ 720.00 | $ 216.00 |
| 9/29/2022 | Correspondence regarding potential GUC Trust | 0.2 | $ 720.00 | $ 144.00 |
| 9/30/2022 | Review revised cash collateral budgets | 0.2 | $ 720.00 | $ 144.00 |
| | Carl Moore Total | | | $ 8,280.00 |
| | | | | **$53,388.00** |

**Court filings/Pleadings, Plan and Disclosure Statement**
*Carl Moore*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/6/2022 | Review UST comments to first day motions and lender responses | 0.5 | $ 720.00 | $ 360.00 |
| 9/12/2022 | Review customer program motion and related affidavit of L. Perkins | 0.5 | $ 720.00 | $ 360.00 |
| 9/30/2022 | Management call with Stretto regarding statement of financial affairs | 1.2 | $ 720.00 | $ 864.00 |
| | Carl Moore Total | | | $ 1,584.00 |

**Court Hearing/341 meetings/Preparation & Attendance at Hearings**
*Lawrence Perkins*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/7/2022 | Prep for and participation on first day hearing | 2.7 | $ 895.00 | $ 2,416.50 |
| 9/29/2022 | Prep for and attendance on initial debtor interview | 2.0 | $ 895.00 | $ 1,790.00 |
| | Lawrence Perkins Total | | | $ 4,206.50 |

*Carl Moore*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/7/2022 | Attend first day hearing and related follow up | 1.4 | $ 720.00 | $ 1,008.00 |
| 9/29/2022 | Prepare for and attend initial debtor interview | 0.4 | $ 720.00 | $ 288.00 |
| | Carl Moore Total | | | $ 1,296.00 |
| | | | | 5,502.50 |

**Creditor Communications**

*Lawrence Perkins*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/19/2022 | Review of objections received and comments to same | 1.0 | $ 895.00 | $ 895.00 |
| 9/22/2022 | Call w/ counsel to UCC; prep and follow up re: same | 0.5 | $ 895.00 | $ 447.50 |
| | Lawrence Perkins Total | | | $ 1,342.50 |

*Carl Moore*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/8/2022 | Prepare for and attend update calls with vendors | 2.1 | $ 720.00 | $ 1,512.00 |
| 9/20/2022 | Review correspondence regarding Connective Rx | 0.2 | $ 720.00 | $ 144.00 |
| 9/22/2022 | Review correspondence with Connective Rx | 0.2 | $ 720.00 | $ 144.00 |
| 9/23/2022 | Coordinate and conduct calls with Raymond James, Catalent and Pfizer | 1.3 | $ 720.00 | $ 936.00 |
| | Carl Moore Total | | | $ 2,736.00 |
| | | | | $ 4,078.50 |

**Invoices, Fees and Retention Applications**

*Carl Moore*

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/9/2022 | Initial edits to draft CRO retention application | 0.4 | $ 720.00 | $ 288.00 |
| 9/10/2022 | Complete draft CRO retention application | 1.5 | $ 720.00 | $ 1,080.00 |
| 9/12/2022 | Revise and complete SierraConstellation retention application | 1.2 | $ 720.00 | $ 864.00 |
| 9/13/2022 | Finalize SierraConstellation retention application | 0.2 | $ 720.00 | $ 144.00 |
| | Carl Moore Total | | | $ 2,376.00 |
| | | | | 4,078.50 |

| | |
|---|---|
| Lawrence Perkins Total | $ 52,089.00 |
| Carl Moore Total | $ 17,640.00 |
| **Total Fees** | **$ 69,729.00** |

5