**EXHIBIT B**

**Summary of SierraConstellation Partners Expenses by Category**
For the Period September 5th through September 30th

| **Reimbursable Expenses** | **Amount** |
|---|---|
| **Total Expenses** | **$0.00** |

| Category | Date | Employee | Description | Amount |
|---|---|---|---|---|