**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLARUS THERAPEUTICS HOLDINGS, INC., *et al.*, | Case No.  22-10845 (MFW) (Jointly Administered) |
| Debtors.[1] | Related to Docket No. _____ |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L. R. 2002-1(a), the United States Bankruptcy Court for the District

of Delaware has scheduled the following hearing date in the above-captioned cases:

| **DATE** | **TIME** |
|---|---|
| May 13, 2026 | 11:30 a.m. (ET) |

Dated: April 1st, 2026
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number, are Clarus Therapeutics Holdings, Inc. (1852) and Clarus Therapeutics, Inc. (7717). The Debtors' mailing address is c/o Sierra Constellation Partners LLC, 355 S. Grand Avenue, Suite 1450, Los Angeles, California 90071.