**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CLARUS THERAPEUTICS HOLDINGS, INC. | Case No.  22-10845 (MFW) |
| Debtor.[1] | |

## CERTIFICATION OF NO CLAIMS ACTIVITY

The undersigned hereby certifies that as of April 1, 2026 there has been no claim activity reported on the claims register with respect to, but not limited to, filing of proofs of claim, objections to claim, settlements and/or transfers of claim pursuant to the above-captioned debtor.

Dated: April 1, 2026

/s/ Sabrina G. Tu
Sabrina G. Tu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
855.432.4327
TeamClarus@stretto.com

---

[1] The Debtor in these chapter 11 cases, along with the last four digits of each Debtor's federal taxpayer identification number is Clarus Therapeutics Holdings, Inc. (1852).  The Debtor's mailing address is c/o Sierra Constellation Partners LLC, 355 S. Grand Avenue, Suite 1450 Los Angeles, California 90071.